**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

David J. Jasso,

       Plaintiff,

v.

Liberty Mutual Fire Insurance Company, *et al.*,

       Defendants.

No. CV-25-01008-PHX-JJT

**ORDER**

At issue is the Notice of Removal (Doc. 1), which contains two defects. First, the proof of service attached to the Notice (Doc. 1-1 at 15) pertains to a different case. Second, Defendant states that its deadline to answer the complaint is April 26, 2025 (Doc. 1 at 3), which is incorrect. While A.R.S. § 20-222—which allows a defendant 40 days from the date of service on the Arizona Department of Insurance and Financial Institutions in which to answer a complaint—applies in state court, the federal procedural rules apply upon removal to federal court. Federal Rule of Civil Procedure 81(c)(3) provides that a defendant must answer a complaint within 21 days of receiving or being served the complaint or within 7 days of filing the notice of removal, whichever is longer. Here, Defendant represents it was served on March 17, 2025 (Doc. 1 at 3), and Defendant removed this case on March 26, 2025 (Doc. 1). The answer deadline is thus the longer of April 6 or April 2. Accordingly, Defendant's answer to the complaint is due on April 6, 2025, and the Court will give Defendant until the following Monday, April 7, 2025, to file its answer.

. . .

**IT IS THEREFORE ORDERED** that Plaintiff or Defendant shall file the proof of service applicable to this case by April 7, 2025.

**IT IS FURTHER ORDERED** that, pursuant to the applicable rules, Defendant shall answer the complaint by April 7, 2025.

Dated this 1st day of April, 2025.

Honorable John J. Tuchi
United States District Judge